UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**LEMUEL SMITH,**

                *Plaintiff*,　　　　　　**ANSWER**

                -against-　　　　　　**18-CV-6261**

**COMMISSIONER ANNUCCI, et al.**,

                *Defendants*.

Served Defendants, by their attorney Letitia James, Attorney General of the State of New York, Hillel Deutsch, Assistant Attorney General, of counsel, as and for an Answer to the Complaint filed in the above matter:

    1.    Deny the allegations of the Complaint which allege in any manner that their actions resulted in a deprivation of the Plaintiff's constitutional rights.

    2.    Deny the commission or awareness of, or responsibility for, any acts of omission or commission relative to Plaintiff's allegations constituting a violation of any rule, regulation, directive, policy, or statute of the State of New York, or the United States, or the Constitution of either, which would confer jurisdiction upon this Court pursuant to 28 U.S.C. §§1331 and 1343.

    3.    Deny Plaintiff has alleged facts, actions, occurrences, or omissions sufficient to establish a claim for equitable or monetary relief, or a cause of action against them pursuant to 42 U.S.C. §1983.

    4.    Deny the allegations of paragraphs 2, 3, 4, 5, 6, 7, 9, 10, 13, 25, 26, 27, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 57, 50, 55, 56, 57, 72, 73, 74,

75, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 92, 93, 94, 95, 96, 97, 99 and 100 of the Complaint.

5. Admit the allegations of paragraphs 14, 15, 16, 24, 28, 49, 54, and 65 of the Complaint.

6. Have insufficient information to admit or deny the allegations of paragraphs 8, 17, 18, 19, 20, 21, 22, 23, 29, 48, 51, 52, 53, 58, 59, 60, 61, 62, 63, 64, 66, 67, 68, 69, 70, 71, 76, 77, 78, and 79 of the Complaint.

7. State that the paragraphs 1, 11, 12, 14, 15, 16, 31, 32, 80, 89, 92 and 98 of the Complaint contain legal conclusions to which no response is needed.

8. Deny each and every other allegation not heretofore admitted, denied, or otherwise controverted.

**AS AND FOR A FIRST, SEPARATE AND  
COMPLETE AFFIRMATIVE DEFENSE,  
DEFENDANT ALLEGES:**

9. The Complaint fails, in whole or in part, to state a claim upon which relief can be granted against it.

**AS AND FOR A SECOND, SEPARATE AND  
COMPLETE AFFIRMATIVE DEFENSE,  
DEFENDANT ALLEGES:**

10. This action is barred, in whole or in part, by collateral estoppel or res judicata.

## AS AND FOR A THIRD, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

11. The Defendants, at all times relevant hereto, acted without malice and under the reasonable belief that their actions were proper and in accordance with existing law and did not violate any of the Plaintiff's rights.

12. Consequently, the Defendants are entitled to qualified immunity.

## AS AND FOR A FOURTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

13. That this action is barred, in whole or in part, by the Eleventh Amendment to the United States Constitution.

## AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

14. Plaintiff has failed to exhaust administrative remedies as to some or all of the allegation of the Complaint.

## AS AND FOR A SIXTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

15. The doctrine of *respondeat superior* does not apply in actions brought pursuant to 42 U.S.C. §1983, and bars relief to the Plaintiff.

## AS AND FOR A SEVENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

16. Plaintiff has failed to request any appropriate or cognizable form of relief.

WHEREFORE, Defendants pray that judgment be entered dismissing the Complaint in all respects and that Defendants be awarded reasonable costs and attorneys' fees and for such other and further relief as may be just, proper, and equitable.

Dated: March 14, 2019
      Rochester, New York

                              LETITIA JAMES
                              Attorney General of the State of New York
                              Attorney for Served Defendants

                              s/ Hillel Deutsch
                              HILLEL DEUTSCH
                              Assistant Attorney General of Counsel
                              NYS Office of the Attorney General
                              144 Exchange Boulevard, Suite 200
                              Rochester, New York 14614
                              Telephone: (585) 546-7430
                              hillel.deutsch@ag.ny.gov

# CERTIFICATE OF SERVICE

I certify that on March 14, 2019, I electronically filed the foregoing Answer to Complaint on behalf of Defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Steven Jay Hyman
   McLaughlin & Stern, LLP
   260 Madison Avenue
   18th Floor
   New York, NY 10016

2. Jonathan Robert Jeremias
   McLaughlin & Stern, LLP
   260 Madison Avenue
   18th Floor
   New York, NY 10016

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

> LETITIA JAMES
> Attorney General of the State of New York
> Attorney for Served Defendants
>
> s/ Hillel Deutsch
> HILLEL DEUTSCH
> Assistant Attorney General of Counsel
> NYS Office of the Attorney General
> 144 Exchange Boulevard, Suite 200
> Rochester, New York 14614
> Telephone: (585) 546-7430
> hillel.deutsch@ag.ny.gov