## DEFENDANTS' EXHIBIT LIST

| *Smith v. Annucci et al.,* 18-CV-6261 | *Hillel Deutsch, AAG, Attorney for Defendants* |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 401 | | | | *Periodic reviews of Plaintiff's ad seg status for the three years prior to his filing this suit* |
| | 402 | | | | *Plaintiff's February 28, 2023 misbehavior report and disciplinary packet* |
| | 403 | | | | *Plaintiff's March 21, 2013 misbehavior report and disciplinary packet* |
| | 404 | | | | *Plaintiff's March 17, 2013, misbehavior report and disciplinary packet* |
| | 405 | | | | *Transcript of the testimony in Plaintiff's Criminal trial in Schenectady, NY* |
| | 406 | | | | *Plaintiff's Disciplinary history* |
| | 407 | | | | *DOCC Directive 4933 as issued on 9/26/13* |
| | 408 | | | | *Packet from Plaintiff's original ad seg hearing determination* |
| | 409 | | | | *Plaintiff's Grievance file FPT 35155-18, and supporting documentation* |
| | 410 | | | | *Select ad seg reviews, including Plaintiff's letters to the committee, 2019-2020* |
| | 411 | | | | *Select medical records of Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on February 20, 2024, I electronically filed the foregoing Defendants' Revised Exhibit List on behalf of Defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Steven Jay Hyman
   McLaughlin & Stern, LLP
   260 Madison Avenue
   18th Floor
   New York, NY 10016

2. Jonathan Robert Jeremias
   McLaughlin & Stern, LLP
   260 Madison Avenue
   18th Floor
   New York, NY 10016

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

LETITIA JAMES
Attorney General of the State of New York
Attorney for Served Defendants

*s/ Hillel Deutsch*
HILLEL DEUTSCH
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
hillel.deutsch@ag.ny.gov